IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHRISTOPHER BRIAN CROSBY, | CV 24-104-BLG-DWM |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF BILLINGS POLICE DEPARTMENT, CHIEF ST JOHN, DETECTIVE YARINA, and DETECTIVE CHARTIER, | |
| Defendants. | |

On July 23, 2024, Plaintiff Christopher Brian Crosby filed a 42 U.S.C. § 1983 Complaint. (Doc. 2.) The Complaint failed to state a claim. (Doc. 7.) Crosby was granted leave to amend if he was able. Despite detailed instruction in the Court's prior Order as to the deficiencies in the original Complaint, Crosby's Amended Complaint likewise fails to state a claim. For the reasons outlined in the prior Order, incorporated here by reference, and for failure to state a claim, Crosby's Amended Complaint is dismissed. (Doc. 8.)

Accordingly, IT IS ORDERED that:

1. This action is DISMISSED. The Clerk of Court is directed to close the case and enter judgment.

2. The Clerk of Court shall have the docket reflect that this dismissal

counts as a strike against Crosby within the meaning of 28 U.S.C. § 1915. The Court certifies that appeal of this matter would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

DATED this 18a day of October, 2024.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court